IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-01-181-M |
| ) | |
| DONTE ORMOND WARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 20, 2002, this Court sentenced Defendant Donte Ormond Ward to life imprisonment following his conviction on numerous drug charges. Ward appealed his conviction and sentence to the United States Court of Appeals for the Tenth Circuit. The Tenth Circuit affirmed Ward's conviction and sentence in an unpublished opinion. *United States v. Ward*, Nos. 03-6005, 03-6123, 03-6145, 2004 WL 909760 (10th Cir. Apr. 29, 2004). Ward then filed a petition for writ of certiorari with the Supreme Court. On January 24, 2005, the Supreme Court granted Ward's petition, vacated his judgment, and remanded the case to the Tenth Circuit for further consideration in light of *United States v. Booker*, 125 S. Ct. 738 (2005). In an Order and Judgment dated July 12, 2005, the Tenth Circuit remanded the case to this Court with instructions to vacate Ward's sentence and to resentence him in accordance with *Booker*. The Mandate from the Tenth Circuit was filed in this Court on August 9, 2005.

Accordingly, pursuant to the Tenth Circuit's July 12, 2005 Order and Judgment, the Court hereby SETS this matter for resentencing on September 16, 2005, at 9:00 a.m.

**IT IS SO ORDERED this 9th day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE